PD-0481-15

PD-0481-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/30/2015 2:10:02 PM
Accepted 5/1/2015 11:06:16 AM
ABEL ACOSTA
CLERK

NO. _____

IN THE COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

May 1, 2015

ABEL ACOSTA, CLERK

**RUBEN GARCES,**
**Appellant,**
**v.**
**THE STATE OF TEXAS,**
**Appellee.**

On Appeal from the 118th District Court
of Glasscock County, Texas
Cause No. 432 (Hon. D. Timothy Yeats)

and

NO. 11-13-00085-CR

from the
THE COURT OF APPEALS FOR THE ELEVENTH JUDICIAL DISTRICT
EASTLAND, TEXAS

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE**
**PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

The Eastland Court of Appeals affirmed Appellant's conviction on March 26, 2015. The Petition for Discretionary Review in this cause was due on April 27, 2015, day thirty having fallen on Saturday, April 25, 2015. Prior to the instant Petition for Discretionary Review being due, Appellant's counsel was busy with several matters, a sample of which includes answering written discovery in Cause No. 10,313-D, *Heather Thames v. Anita Brady*, in the Honorable 350th District

Court of Taylor County, Texas, answering written discovery in Cause No. 22,614, *Elvin Hogue, et al v. CCI Ventures, Inc.*, in the Honorable County Court at Law No. 1 of Taylor County, Texas, and attending an out-of-town mediation in Cause No. 2013-58,235; *Judith Dunbar v. Starcon International, Inc.*, in the Honorable 80th District Court of Harris County, Texas. Counsel was also mustering and presenting alibi evidence and secured a dismissal by the State of charges in Cause No. 11,528-D, *State of Texas v. Jason Pierce*, in the Honorable 350th District Court of Taylor County Texas. Further, counsel was resolving a discovery dispute in Cause No. 48,432-A, *Rowdy Lord v. Texas Midwest Emergency Physicians*, in the Honorable 42nd District Court of Taylor County, Texas.

Therefore, counsel has been unable to complete the Petition for Discretionary Review.

Counsel prays for a thirty (30) day extension, which would make the Petition for Discretionary Review due on May 27, 2015. This is the first extension request for filing Appellant's Petition for Discretionary Review.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays this Court enters an order extending the deadline for filing his Petition for Discretionary Review for thirty (30) days.

Respectfully Submitted,

/s/Rick Dunbar_____
FREDERICK DUNBAR
GALBREATH LAW FIRM
rick@galbreathlawfirm.com
Texas Bar No. 24025336
4542 Loop 322
Suite 102
Abilene, Texas  79602
Telephone: 325/437.7000
Facsimile: 325/437.7007

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th   day of April, 2015, a true and correct copy of the above and foregoing was forwarded all counsel of record in a manner consistent with the requirements of the law.

/s/Rick Dunbar_____
Rick Dunbar

## CERTIFICATE OF COMPLIANCE

According to the word count of the undersigned's word processor, this document has 435 words. This document in therefore compliant.

/s/Rick Dunbar_____
Rick Dunbar